# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ANTONIO HERNANDEZ-MARTINEZ,<br><br>        Defendant. | No. 1:17-mj-00089 SKO<br><br>**DETENTION ORDER**<br>(Violation of Supervised Release) |

The defendant having been arrested for alleged violation(s) of the terms and conditions of supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.l(a)(6) and 18 U.S.C. § 3143(a), the Court orders the above-named defendant detained and finds that:

[✓] The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee; and/or

[✓] The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

This finding is based on the reasons stated on the record.

IT IS SO ORDERED.

Dated: __**May 31, 2017**__                __/s/ *Sheila K. Oberto*__
                                                         UNITED STATES MAGISTRATE JUDGE